# NATHAN NEUFELD
## v.
## J. P. DOIG.

*Sales.*

This court affirms the judgment for the plaintiff in an action to recover for goods sold and delivered.

[Opinion filed January 16, 1891.]

APPEAL from the Superior Court of Cook County; the Hon. KIRK HAWES, Judge, presiding.

Messrs. BLUM & BLUM, for appellant.

Mr. FRANK W. COOMBS, for appellee.

*Per Curiam.* This is an appeal from a judgment for
$60.63 against appellant for goods alleged to have been sold
to him by appellee. The case was submitted to the court
without a jury, and the only issue is one of fact and relates to
the question whether the goods were ordered by appellant and
sold upon his credit, or whether they were sold to a corpora-
tion of which he was the chief officer.

There is a conflict in the evidence, but we are inclined to
say that the preponderance is against appellant. However
that may be, the evidence fully supports the finding of the
trial judge who had the opportunity of seeing and hearing
the witnesses, and thus more intelligently determining the
truth of the matter, than it is possible for a reviewing court
to do.

The judgment of the Superior Court will be affirmed.

*Judgment affirmed.*